FILED

03/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0493

IN THE SUPREME COURT OF THE STATE OF MONTANA

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF | ) | Cause No.  DA 22-0493 |
| LOWELL TIMOTHY SKUNBERG, | ) | |
| Deceased. | ) | |

## ORDER GRANTING UNOPPOSED MOTION TO VACATE BRIEFING DEADLINES AND SUBMIT STATUS REPORT

Appellees having informed the Court of a proposed settlement, filed an unopposed motion, and good cause appearing,

IT IS HEREBY ORDERED that the briefing deadlines in this appeal are hereby VACATED, and either this appeal shall be dismissed or the Personal Representative shall file a status report on or before May 15, 2023.

DATED this _____ day of March, 2023.

FOR THE COURT:


By_____
　　　Chief Justice




Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 10 2023